# McCalla Raymer Leibert Pierce, LLC

225 East Robinson Street, Suite 155  
Orlando, FL 32801

Phone: (407) 674-1850  
Fax: (321) 248-0420

November 6, 2018

**SENT VIA E MAIL Nick Fowler [mailto:nfowler@myinjury.com]**

TO:    PAUL F MEYER A/K/A PAUL MEYER  
        10181 CAROLINA ST  
        BONITA SPRINGS, FL 34135  
        Mark P. Stopa, Esq., 2202 N. Westshore Blvd. Suite 200, Tampa, FL 33607

RE:    Loan No.:XXXXXX6782  
        Property Address: <u>10181 CAROLINA ST, BONITA SPRINGS, FL 34135</u>  
        18-01623-2  
        Fay Servicing, LLC

## FOR SETTLEMENT PURPOSES ONLY

This letter is in response to your request for reinstatement and/ payoff figures on the above-referenced loan. We are attempting to collect the money due under that mortgage and any information obtained from you will be used for that purpose. Our client has provided us with the following information as to amounts required to payoff:

**NOTE: PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT YOU ARE ADVISED THAT THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Unless you notify this office with (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify our office in writing (30) days for the receipt of this notice, this office will obtain verification of the debt and mail you a copy of such verification. If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with name and address of the original creditor if different from the current creditor.

The following is the amount to **payoff** the above referenced mortgage:

| | |
|---|---:|
| Unpaid Principal Balance | 173,004.05 |
| Interest | 57,987.32 |
| Escrow Advances | 47,594.47 |
| Corporate Advances | 16,447.76 |
| Misc Fees | 175.38 |
| **Grand Total** | **295,208.98** |

The following is the amount to **reinstate** the above referenced mortgage:

| | |
|---|---:|
| Payments | 115,525.23 |
| Late Charges | 233.84 |
| Corporate Advances | 16,447.76 |
| **Grand Total** | **132,206.83** |

Please note the above figures are valid until: **November 29, 2018**. Therefore, all funds must be received in this office on or before **3:00** pm on said date  Any funds received after that date and time shall be returned to the issuer and new figures must be requested. **Please Note Instructions for Payment: Payment must be made VIA WIRE into our MCCALLA RAYMER LEIBERT PIERCE, LLC ACCOUNT and you MUST advise us when you send a wire, as set forth in the enclosed wiring instructions. NO partial payments, attorney trust account checks, cashier's checks, escrow checks or personal checks will be accepted.**

We do not suspend the account or foreclosure action pending receipt and confirmation of good funds.  The funds paid by the borrower to the Plaintiff (lender) must be sufficient to cover all items quoted above. This letter shall not be construed as an agreement on the part of the Plaintiff (lender) in any way to stop said prosecution. **ALL FUNDS ARE SUBJECT TO FINAL APPROVAL BY THE LENDER**. Any funds received that do not meet these requirements will be returned to the issuer.

PLEASE BE ADVISED THAT MCCALLA RAYMER LEIBERT PIERCE, LLC DOES NOT REPRESENT YOU AND CANNOT GIVE YOU LEGAL ADVICE.  IF YOU REQUIRE LEGAL ADVICE, WE ENCOURAGE YOU TO SEEK SUCH ADVICE FROM AN ATTORNEY OF YOUR CHOOSING.

Sincerely,

Keith Ustler, Esq.
McCalla Raymer Leibert Pierce, LLC

THIS COMMUNICATION CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS FACSIMILE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS FACSIMILE/COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY PHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA UNITED STATES MAIL.

     McCalla Raymer Leibert Pierce



McCalla Raymer Leibert Pierce, LLC

# Incoming Wire Instructions

**IMPORTANT: Upon initiation of the wire, YOU MUST call (407) 674-1850 or email us at FLfeesandcosts@mccalla.com advising that the funds are being sent so they can be processed immediately upon receipt.**

**Beneficiary Name**: McCalla Raymer Leibert Pierce, LLC

**Beneficiary Account Number**: 898029593506

**Beneficiary Address**: 1544 Old Alabama Road, Roswell, GA, 30076

**Bank Routing Number (Domestic Wires)**: 026009593

**Bank Swift Code (International Wires)**: BOFAUS3N

**Receiving Bank Name**: Bank of America, NA

**Receiving Bank Address**: 390 N. Orange Ave., Orlando, FL 32801

Please fill out the information below for proper allocation:

Borrower Name: _____

Borrower Account Number: _____

6052476                                                                                                              18-01623-2